# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
Feb 26 2019
Clerk, U.S. District Court
Western District of Texas



By: _____
Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | CASE NUMBER: **EP:19-M -01964(1) RFC** |
| vs. § | |
| § | |
| **(1) JOSE ARMANDO SANCHEZ-ALLENDE** § | |
| Defendant. | |

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Jose Armando Sanchez-Allende, was represented by counsel, Damian Ryan George Rasmussen.

The defendant pled guilty to the complaint on **February 26, 2019.** Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | February 22, 2019 |

As pronounced on February 26, 2019, the defendant is hereby committed to the custody of the United States Bureau of Prisions for a term of **Time Served.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

Signed on this the 26th day of February, 2019.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number:<br>EP:19-M -01964(1) |
| (1) JOSE ARMANDO<br>SANCHEZ-ALLENDE | § § | |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Damian Ryan George Rasmussen, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

It is so **ORDERED** this 26th day of February, 2019.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Western District of Texas
## El Paso Division

FILED
02/26/2019
Clerk, U.S. District Court
Western District of Texas

By: *VMontoya*
Deputy

## INITIAL APPEARANCE, PLEA AND SENTENCE

Case Number: EP:19-M -01964(1) RFC

DEFENDANT'S NAME: (1) JOSE ARMANDO SANCHEZ-ALLENDE
ATTY FOR DEFENDANT: Rasmussen, Damian Ryan George

JUDGE: ROBERT F. CASTANEDA
DEPUTY CLERK: Veronica Montoya
COURT REPORTER: ERO
DATE: 02/26/2019

AUSA: SPENCER KIGGINS
INTERPRETER: [X] Yes  [ ] No
PROB. OFFICER:
PRETRIAL OFFICER:
TIME: 28 Minutes   3:06 - 3:34

| PROCEEDINGS | DFT NO. | [DftNo1] | [DftNo2] |
|---|---|---|---|
| [X] INITIAL APPEARANCE | | X | |
| [X] ARRAIGNMENT HELD | | X | |
| [X] DFT INFORMED OF RIGHTS/oral consent to plea | | X | |
| [X] GUILTY  DEFT [DftNo1]  COUNT(S): COMPLAINT | | | |
| [X] GUILTY PLEA ACCEPTED BY THE COURT | | X | |
| [ ] Information Filed On ____ | | | |
| [ ] Motion to Dismiss Complaint filed on ____ | | | |
| [ ] Court Grants Motion to Dismiss on ____ | | | |
| [ ] Order Dismissing Complaint entered on ____ | | | |
| [X] Oral Motion by AUSA to Remit Special Assessment | | X | |
| [X] Oral Order Granting Oral Motion to Remit Special Assessment | | X | |
| [X] SENTENCING HELD: Defendant sentenced to : **Time Served / NO FINE / SA REMITTED** | | | |

OTHER: ____

ef

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
02/26/2019
Clerk, U.S. District Court
Western District of Texas

By: Vm
Deputy

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: **EP:19-M -01964(1)** |
| | § | |
| **(1) JOSE ARMANDO SANCHEZ-ALLENDE** | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 22, 2019** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The Defendant, Jose Armando SANCHEZ-Allende, an alien to the United States and a citizen of Mexico, illegally entered the United States from the Republic of Mexico on February 22, 2019 by crossing the Rio Grande River approximately 3.13 miles east of the Bridge of the Americas Port of Entry in El Paso, Texas, which is located in the Western District of Texas. The place where the Defendant entered is not designated as a port of entry by immigration officers."*

Continued on the attached sheet and made a part hereof:  **X** Yes   ☐ No

Sworn to before me and subscribed in my presence,

Signature of Complainant
Bonilla, Arturo
Border Patrol Agent

02/26/2019                                                                 at   EL PASO, Texas
Date                                                                                City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 1:01 P.M.**
**FED.R.CRIM.P.4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

**WESTERN DISTRICT OF TEXAS**

**(1) JOSE ARMANDO SANCHEZ-ALLENDE**

FACTS   (CONTINUED)

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

The Defendant, Jose Armando SANCHEZ-Allende, an alien to the United States and a citizen of Mexico, illegally entered the United States from the Republic of Mexico on February 22, 2019 by crossing the Rio Grande River approximately 3.13 miles east of the Bridge of the Americas Port of Entry in El Paso, Texas, which is located in the Western District of Texas. The place where the Defendant entered is not designated as a port of entry by immigration officers.

IMMIGRATION HISTORY:

**NONE**

CRIMINAL HISTORY:

**NONE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number: EP:19-M -01964(1) |
| | § | |
| (1) JOSE ARMANDO SANCHEZ-ALLENDE | § | |

ORDER SETTING INITIAL APPEARANCE / MISD ARRAIGNMENT

IT IS HEREBY ORDERED that the above entitled and numbered case is set for INITIAL APPEARANCE / MISD ARRAIGNMENT, in Magistraterd Courtroom 612, on the 6th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on 02/26/2019.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 02/26/2019.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE